Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000535
15-MAY-2018
10:02 AM

NO. CAAP-17-0000535

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

MARGARET LOUISE ROYCE and STEVEN MICHAEL ROYCE,
Plaintiffs-Appellants,
v.
PLAZA HOME MORTGAGE, INC.; COUNTRYWIDE HOME LOANS, INC.;
FEDERAL NATIONAL MORTGAGE ASSOCIATION; BOFA MERRILL LYNCH
ASSET HOLDINGS, INC.; BANK OF AMERICA, N.A.,
Defendants-Appellees,
and
DOES 1-100, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 16-1-0045K)

ORDER DENYING MAY 7, 2018 HRAP RULE 40 MOTION
FOR RECONSIDERATION OF APRIL 25, 2018 ORDER
DISMISSING APPEAL FOR LACK OF APPELLATE JURISDICTION
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon review of (1) the April 25, 2018 order dismissing appeal for lack of appellate jurisdiction, (2) Plaintiffs-Appellants Margaret Louise Royce and Steven Michael Royce's (the Royces) May 7, 2018 motion for reconsideration of the April 25, 2018 order of dismissal pursuant to Rule 40 of the Hawai'i Rules of Appellate Procedure (HRAP), and (3) the record, it appears that we did not overlook or misapprehend any points of law or fact when we entered the April 25, 2018 order of dismissal.

Therefore, IT IS HEREBY ORDERED that the Royces' May 7, 2018 HRAP Rule 40 motion for reconsideration of the April 25, 2018 order of dismissal is denied.

DATED: Honolulu, Hawai'i, May 15, 2018.


Chief Judge


Associate Judge


Associate Judge